1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY COLLIER, | ) NO. ED CV 13-1281-CBM(E) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, |
| B. DUFFY, | ) CONCLUSIONS AND RECOMMENDATIONS OF |
| Respondent. | ) UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Petitioner's ex post facto claim is denied without prejudice, and all of Petitioner's other claims are denied with prejudice.

///
///
///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein on Petitioner, and counsel for Respondent.

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

7        DATED: 12/16/2013.

```
                          _____
                                CONSUELO B. MARSHALL
                           UNITED STATES DISTRICT JUDGE
```