**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TRACY COLLIER, | ) | NO. ED CV 13-1281-CBM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| B. DUFFY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Petitioner's ex post facto claim is denied without prejudice, and all of Petitioner's other claims are denied with prejudice.

DATED: 12/16/2013.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE